The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANGELINA SMALLS, as the personal representative of THE ESTATE OF BENNIE BRANCH, and BRENDELIN BRANCH, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA; RYAN BRADLEY and "JANE DOE" BRADLEY, individually and the marital community comprised thereof; and DOES 1-10, inclusive,<br><br>Defendants. | No. 3:22-CV-05043 BJR<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSIONS OF DISCOVERY DEADLINES<br><br>(CLERK'S ACTION REQUIRED) |

The Court hereby finds that the parties have exercised due diligence in conducting discovery thus far, and have demonstrated good cause for amendment to the discovery deadline of December 1,

And the Court HEREBY ORDERS that the discovery deadline is now amended to December 30, 2022, and the remainder of the case schedule remains unchanged.

DATED THIS 21st DAY OF NOVEMBER, 2022.

_____
The Honorable Barbara J. Rothstein

ORDER GRANTING JOINT STIPULATED MOTION
FOR EXTENSIONS OF DISCOVERY DEADLINES - 1
3:22-CV-05043 BJR

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423