1

The Honorable Barbara J. Rothstein

2

3

4

5                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7                                                    NO. 3:22-cv-5043

    ANGELINA SMALLS, et al.,
8   Plaintiffs,                                      **ORDER RE: MOTIONS IN LIMINE**
                                                     **AND OTHER PRETRIAL**
9   v.                                               **OBJECTIONS**

10  CITY OF TACOMA and RYAN BRADLEY,
    Defendants.

11

12

13          The Court has reviewed the parties' respective motions in limine and the parties' proposed

14  witness lists, deposition designations, and voir dire questions, and any objections thereto, and rules

15  as follows.

16          1.   Motions in Limine

17          The Court DENIES Plaintiffs' motion to exclude the results of the toxicology tests

18  performed on decedent after his death. The information contained therein may tend to make the

19  parties' competing versions of events on the night of decedent's death more or less likely and is

20  therefore relevant. The Court GRANTS Plaintiffs' motion to exclude evidence and argument

21  concerning the Tacoma Police Department Use of Force Review Board's investigation and

22  conclusions related to the shooting, and the Pierce County Prosecuting Attorney's Office decision

23  not to prosecute Defendant Bradley for the shooting death of decedent, as the investigations'

24  ORDER

25   - 1

standards differ from the standard a jury will apply in this case and may therefore cause confusion, and the evidence is not relevant to what the officers knew at the time of the shooting. Proposed witnesses and exhibits related to these investigations shall be excluded.

The Court DENIES Plaintiffs' motion to exclude evidence of the decedent's criminal and incarceration history, and other evidence that may be relevant to any damages award. The Court will allow such testimony, however, only in the event Plaintiffs obtain a liability verdict in their favor. In other words, the trial will be bifurcated into a liability phase and a damages phase. The parties are directed to bring to the Court's attention as soon as practicable any additional considerations this ruling may require.

The Court GRANTS Defendants' motion to exclude evidence and argument concerning Bradley's representation by a criminal defense attorney during the investigations into the shooting, finding such evidence may be prejudicial.

2. Proposed Witnesses Objections

In addition, the Court SUSTAINS Plaintiffs' objections to the testimony of witnesses who were not disclosed to Plaintiffs prior to the discovery cutoff, except to the extent that such witnesses are needed to authenticate otherwise admissible exhibits. Therefore, for example, testimony of Defendants' witness Tiffini Buchanan will be allowed.

3. Deposition Designations Objections

The Court SUSTAINS Plaintiffs' objections to Defendants' deposition designations, as set forth in the parties' Joint Pretrial Statement at p.1. The designations shall be allowed only if Defendants include the entire question and entire answer as requested by Plaintiffs.

ORDER

- 2

1

    4.  Voir Dire

2

      The Court OVERRULES Plaintiffs' objection to proposed voir dire question number 26

3

("26. Do you believe that police officers in the state of Washington are too quick to use deadly

4

force?"). The question will be allowed as proposed.

5

    5.  Jury Instructions and Exhibits

6

      The Court reserves ruling on exhibits and the proposed jury instructions and objections

7

thereto.

8

      DATED this 16th day of May, 2023.

9

10

                          Barbara Jacobs Rothstein

11

                          U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER

25

- 3