The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELINA SMALLS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TACOMA, et al., <br><br> Defendants. | Case No. 3:22-CV-05043 BJR <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

HAVING REVIEWED the Parties' Joint Stipulation, it is hereby ordered that the above-referenced matter is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), as part of the settlement agreement in this case.

IT IS SO ORDERED.

Dated: July 6, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge